Cody Rosbrugh #J-81708
P.O. Box #7500 / D1-213L
Crescent City, CA. 95532
Pelican Bay State Prison, SHU

In Pro Per

March 5th, 2008
Case No. CV-08-1178-JF(PR)

Richard W. Wieking, Clerk
U.S. District Court of the
Northern District of CAL.
450 Golden Gate Avenue
San Francisco, CA. 94102-9680

RECEIVED
MAR 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: Filing fee

Dear Mr. Wieking;

Enclosed is a duplicate of the check that was cut from my trust account for the $5.00 filing fee that the court should have recieved by now. (See; Attached page.) (check No. 283-149781). There should not be any more discrepencies upon this matter.

Respectfully Submitted
[S] [signature]
Cody Rosbrugh / #J-81708
In Pro Per

(1)

: Duplicate of filing fee check, No. 283-149781; dated February 13th, 2008.

```
J61/08 ROSBRUEH CODY                                              NUMBER
PSR  D1-213L              STATE OF CALIFORNIA              283- 149781
COURT FILING FEE

$5.00                                     * TRUST *
                                          703545          283-149781

     CLERK OF THE COURT
     US DISTRICT NORTHERN CA.              02/13/08          $**5.00*
     450 GOLDEN GATE AVE.
     SAN FRANCISCO, CA
              94102                                    NOT NEGOTIABLE
                                                          DUPLICATE

"O283"  :121113473:  001497816 "
```

(2)

