**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY ROSBRUGH, | No. C 08-1178 JF (PR) |
| Petitioner, | JUDGMENT |
| v. | |
| ROBERT A. HOREL, Warden, | |
| Respondent. | |

The Court has dismissed the instant petition for a writ of habeas corpus without prejudice because Petitioner's challenges to the conditions of his confinement should be brought in a civil rights complaint pursuant to 42 U.S.C. § 1983. Accordingly, a judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 5/8/08

JEREMY FOGEL
United States District Judge

Judgment
P:\PRO-SE\SJ.Jf\HC.08\Rosbrugh178jud.wpd