Mr Richard Wieking                                        5-15-08

Hello, Im writing because my writ of Habeas Corpus # CV 08-01178-JF was Dismissed without Prejudice.

Could you Please send me my Original writ and all Documents so I can Proceed in Civil Rights.

Thankyou for your time.

Cody Rosbrook - J-81708
D-5-202
P.O. Box 7500
Crescent City Ca.
95532

RECEIVED
MAY 19 2008
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Cody Rosebrugh - J-81708
D-5-202
P.O. Box 7500
Crescent City CA. 95532

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



* CONFIDENTIAL LEGAL MAIL *

TO: Richard W. Wieking
Clerk U.S. District Court
280 South First Street, Room
San Jose CA.
95113-30;